MITCHELL STREET LOAN AND BUILDING ASSOCIATION, Respondent, vs. WOLFF, by guardian *ad litem,* Appellant.

For the appellant: *Lilian M. Kohlmetz,* attorney, and *Julia B. Dolan,* guardian *ad litem,* both of Milwaukee.

For the respondent: *George A. Affeldt* and *Rudolph W. Talsky,* both of Milwaukee.

*By the Court.*—Judgment affirmed.

INDIANA LIBERTY MUTUAL INSURANCE COMPANY and others, Appellants, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellants: *Stephens, Sletteland & Sutherland* of Madison.

For the respondents: *John W. Reynolds,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.